No. 96–5213.  SAWYER v. DAIRY QUEEN.  C. A. 6th Cir.  Certiorari denied.

No. 96–5215.  FORBEY v. NEW HAMPSHIRE.  Sup. Ct. N. H. Certiorari denied.

No. 96–5216.  HARRISON v. DIGITAL EQUIPMENT CORP. ET AL. Sup. Ct. Ga.  Certiorari denied.

No. 96–5217.  HARRISON v. MOYA, WARDEN, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 96–5218.  DEAS v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 96–5220.  GILLIAM v. CALIFORNIA.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 96–5221.  HODGES v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 96–5222.  HENDERSON v. BROWN, SECRETARY OF VETERANS AFFAIRS.  C. A. Fed. Cir.  Certiorari denied.

No. 96–5223.  HAYES v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 96–5224.  FETROW v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 96–5226.  MCCLURE v. CITY OF CHARLOTTE, NORTH CAROLINA.  C. A. 4th Cir.  Certiorari denied.

No. 96–5227.  MCGHEE v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 96–5228.  KING v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 96–5229.  MCMANUS v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 96–5230.  LANGSTON v. NETHERLAND, WARDEN.  C. A. 4th Cir.  Certiorari denied.